**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ismael** | **Arturo** | **Ramirez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known) **18-52935**

☑ Check if this is an amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims against you?**

    ☐ No. Go to Part 2.
    ☑ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** | $1,845.55 | $1,845.55 | $0.00 |

**I.R.S.**
Priority Creditor's Name

**P.O. Box 7346**
Number        Street

Last 4 digits of account number  0  0  9  3

When was the debt incurred?  4/20/2015

**Philadelphia        PA    19101-7346**
City        State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Is the claim subject to offset?**
☑ No
☐ Yes

**Highway taxes**

Debtor 1    **Ismael Arturo Ramirez**                                          Case number (if known)   **18-52935**

| Part 1: | **Your PRIORITY Unsecured Claims -- Continuation Page** |
|---------|--------------------------------------------------------|

After listing any entries on this page, number them sequentially from the previous page.

|  | **Total claim** | **Priority amount** | **Nonpriority amount** |
|---|---|---|---|

**2.2**

|  | $30,350.11 | $30,350.11 | $0.00 |
|---|---|---|---|

**State of Texas**
Priority Creditor's Name
**Comptroller of Public Accounts**
Number     Street
**111 E. 17th St**

**Austin                     TX     78774-0100**
City                         State   ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   1/22/2016

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

**2.3**

|  | $142,692.94 | $142,692.94 | $0.00 |
|---|---|---|---|

**State of Texas**
Priority Creditor's Name
**Comptroller of Public Accounts**
Number     Street
**111 E. 17th St**

**Austin                     TX     78774-0100**
City                         State   ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   7/14/2017

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

Debtor 1   __Ismael Arturo Ramirez_____   Case number (if known)   __18-52935_____

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |

3.  **Do any creditors have nonpriority unsecured claims against you?**
    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
    ☑ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
    If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

Total claim

| 4.1 | | **$150,000.00** |

**Accion/ Lift Fund**
Nonpriority Creditor's Name
**2007 W Martin St**
Number        Street

**San Antonio        TX     78207**
City                          State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?** __12/13/2013__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
     **Lease**

| 4.2 | | **$20,224.40** |

**Allegiant Partners**
Nonpriority Creditor's Name
**1550 Parkside Dr**
Number        Street
**Suite 240**

**Walnut Creek        CA     94596**
City                          State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?** __8/1/2012__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
     **Lease**

Debtor 1  **Ismael Arturo Ramirez** _____  Case number (if known)  **18-52935** _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

| | |
|---|---|
| 4.3 | **$3,586.00** |

**Ally Financial**
Nonpriority Creditor's Name
**200 Renaissance Ctr**
Number        Street

_____

_____

**Detroit**                    **MI    48243**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Deficiency Claim**

**Last 4 digits of account number**    **2   9   3   4**
**When was the debt incurred?**    **03/2013**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Automobile**

| | |
|---|---|
| 4.4 | **$2,284.00** |

**Ally Financial**
Nonpriority Creditor's Name
**200 Renaissance Ctr**
Number        Street

_____

_____

**Detroit**                    **MI    48243**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **0   6   0   2**
**When was the debt incurred?**    **08/2012**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Automobile**

Debtor 1  __Ismael Arturo Ramirez_____  Case number (if known)  __18-52935__

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

**4.5**                                                                      **$30,000.00**

**Art's Truck Sales**
Nonpriority Creditor's Name
**4121 Agnes St.**
Number        Street

_____

**Corpus Christi        TX    78405**
City                                State      ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  __1/1/2012__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Lease**

---

**4.6**                                                                      **$497,000.00**

**B of I Federal Bank**
Nonpriority Creditor's Name
**4350 Lahoya Village Dr**
Number        Street
**Ste #140**

_____

**San Diego        CA    92122**
City                                State      ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  __5/29/2015__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Line of Credit**

---

**4.7**                                                                      **$109,900.05**

**Bear Oil Company**
Nonpriority Creditor's Name
**12015 North Loop Rd**
Number        Street

_____

**San Antonio        TX    78216**
City                                State      ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  __May 26, 2016__

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Court Costs**

Debtor 1    **Ismael Arturo Ramirez**          Case number (if known)   **18-52935**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.8

$71,736.00

**Bk Of Amer**
Nonpriority Creditor's Name
**4909 Savarese Cir**
Number    Street

**Tampa**       **FL**     **33634**
City        State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Deficiency Claim**

**Last 4 digits of account number**   **1**   **7**   **4**   **0**
**When was the debt incurred?**    **01/2014**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Automobile**

### 4.9

$670.00

**Burkhart Peterson**
Nonpriority Creditor's Name
**17422 O'Connor Road**
Number    Street

**San Antonio**     **TX**    **78247**
City        State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**    **August 7, 2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Employee**

Debtor 1  **Ismael Arturo Ramirez** _____  Case number (if known)  **18-52935**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.10**

$225.00

**Burkhart Peterson**
Nonpriority Creditor's Name
**17422 O'Connor Road**
Number     Street

_____

_____

**San Antonio          TX     78247**
City                     State   ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**     **July 31, 2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Employee**

---

**4.11**

$445.00

**Burkhart, Peterson & Company, CPA**
Nonpriority Creditor's Name
**17422 O'Connor RD**
Number     Street

_____

_____

**San Antonio          TX     78247**
City                     State   ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**     **Aug. 9, 2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Employee**

---

**4.12**

$367.00

**Caine Weiner**
Nonpriority Creditor's Name
**Po Box 55848**
Number     Street

_____

_____

**Sherman Oaks          CA     91413**
City                     State   ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **3   8   6   1**

**When was the debt incurred?**     **12/12/2016**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Unknown Loan Type**

Debtor 1    __Ismael Arturo Ramirez__      Case number (if known)   __18-52935__

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

Total claim

### 4.13

**Cashmere Valley Bank**
Nonpriority Creditor's Name
**124 East Penny Rd**
Number     Street
**Ste #202**

**Wenatchee**      **WA**    **98801**
City             State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$48,257.84

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**    __3/25/2013__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
     **Lease**

### 4.14

**Chesapeake Leasing**
Nonpriority Creditor's Name
**9512 Harford Road, No. 1**
Number     Street

**Parkville**      **MD**    **21234**
City             State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Unit #265**

$35,578.17

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**    __12/16/2012__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
     **Arrearage**

| Debtor 1 | Ismael Arturo Ramirez | Case number (if known) | 18-52935 |
|---|---|---|---|

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.15

**Commerce Fin**
Nonpriority Creditor's Name
**1411 Sw Military Dr.**
Number        Street

**San Antonio           TX      78221**
City                    State   ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   9   3   2   0
When was the debt incurred?   06/11/2018

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
     **Unsecured**

**$2,135.00**

### 4.16

**Continental Bank**
Nonpriority Creditor's Name
**15 West South Temple**
Number        Street
**Suite 420**

**Salt Lake City         UT      84101**
City                    State   ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   3   5   6   3
When was the debt incurred?   April 19, 2013

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
     **Lease**

**$397,490.00**

### 4.17

**Credit Coll**
Nonpriority Creditor's Name
**Po Box 607**
Number        Street

**Norwood                MA      02062**
City                    State   ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   2   6   8   8
When was the debt incurred?   07/18/2016

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
     **Unknown Loan Type**

**$373.00**

Debtor 1  **Ismael Arturo Ramirez**                                    Case number (if known)  **18-52935**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.18**                                                                                         **$140.00**

**Credit Coll**
Nonpriority Creditor's Name
**Po Box 9134**
Number        Street

_____

**Needham**          **MA**   **02494**
City                    State    ZIP Code
**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **7  3  5  1**
**When was the debt incurred?**   **10/09/2017**
**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Unknown Loan Type**

---

**4.19**                                                                                         **$134.00**

**Credit Coll**
Nonpriority Creditor's Name
**Po Box 9134**
Number        Street

_____

**Needham**          **MA**   **02494**
City                    State    ZIP Code
**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **5  6  9  5**
**When was the debt incurred?**   **09/18/2017**
**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Unknown Loan Type**

---

**4.20**                                                                                         **$78.00**

**Credit Coll**
Nonpriority Creditor's Name
**Po Box 9134**
Number        Street

_____

**Needham**          **MA**   **02494**
City                    State    ZIP Code
**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **1  9  2  2**
**When was the debt incurred?**   **12/11/2017**
**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Unknown Loan Type**

Debtor 1    **Ismael Arturo Ramirez**                                    Case number (if known)  **18-52935**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

### 4.21

**Credit Coll**
Nonpriority Creditor's Name
**Po Box 9134**
Number        Street

_____

**Needham**                    **MA**    **02494**
City                           State   ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$65.00**

**Last 4 digits of account number**  _5_ _3_ _3_ _1_
**When was the debt incurred?**  10/23/2017

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Unknown Loan Type**

### 4.22

**Credit Systems Intl In**
Nonpriority Creditor's Name
**1277 Country Club Ln**
Number        Street

_____

**Fort Worth**                 **TX**    **76112**
City                           State   ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$288.00**

**Last 4 digits of account number**  _4_ _5_ _9_ _7_
**When was the debt incurred?**  08/2015

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Collection Attorney**

### 4.23

**Credit Systems Intl In**
Nonpriority Creditor's Name
**1277 Country Club Ln**
Number        Street

_____

**Fort Worth**                 **TX**    **76112**
City                           State   ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$288.00**

**Last 4 digits of account number**  _9_ _8_ _4_ _4_
**When was the debt incurred?**  04/2015

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Collection Attorney**

Debtor 1   **Ismael Arturo Ramirez**                                    Case number (if known) **18-52935**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.                                                                        Total claim

---

**4.24**                                                                              **$90,099.60**

**Dakota Financial**                    **Last 4 digits of account number** __ __ __ __
Nonpriority Creditor's Name
**11755 Willshire Blvd**                **When was the debt incurred?** 2/3/2015
Number       Street
**STE #1670**                           **As of the date you file, the claim is:** Check all that apply.
                                        ☐ Contingent
                                        ☐ Unliquidated
**Los Angeles**        **CA**  **90025**  ☐ Disputed
City                 State   ZIP Code
**Who incurred the debt?**  Check one.  **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                         ☐ Student loans
☐ Debtor 2 only                         ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only              that you did not report as priority claims
☐ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt  ☑ Other.  Specify
**Is the claim subject to offset?**            **Lease**
☑ No
☐ Yes

---

**4.25**                                                                              **$252,753.59**

**ENGS**                                **Last 4 digits of account number** __ __ __ __
Nonpriority Creditor's Name
**333 33rd Ave Ste #100**               **When was the debt incurred?** 1/25/2013
Number       Street
                                        **As of the date you file, the claim is:** Check all that apply.
                                        ☐ Contingent
                                        ☐ Unliquidated
**St. Cloud**          **MN**  **56301**   ☐ Disputed
City                 State   ZIP Code
**Who incurred the debt?**  Check one.  **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                         ☐ Student loans
☐ Debtor 2 only                         ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only              that you did not report as priority claims
☐ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt  ☑ Other.  Specify
**Is the claim subject to offset?**            **Lease**
☑ No
☐ Yes

---

**4.26**                                                                              **$62,890.46**

**Gracida Trucking, LLC**               **Last 4 digits of account number** __ __ __ __
Nonpriority Creditor's Name
**1480 Las Quintas Blvd**               **When was the debt incurred?** April 26, 2017
Number       Street
                                        **As of the date you file, the claim is:** Check all that apply.
                                        ☐ Contingent
                                        ☐ Unliquidated
**Eagle Pass**         **TX**  **78852**   ☐ Disputed
City                 State   ZIP Code
**Who incurred the debt?**  Check one.  **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                         ☐ Student loans
☐ Debtor 2 only                         ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only              that you did not report as priority claims
☐ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt  ☑ Other.  Specify
**Is the claim subject to offset?**            **Court Costs**
☑ No
☐ Yes

---

Debtor 1  **Ismael Arturo Ramirez**                        Case number (if known)  **18-52935**

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

| | | |
|---|---|---|
| **4.27** | | **$30,000.00** |

**Hays City Corp**
Nonpriority Creditor's Name
**DBA Tex-Con Oil Co.**
Number      Street
**P.O. Box 18463**

**Austin                    TX    78760**
City                          State     ZIP Code

Last 4 digits of account number  **0  1  6  2**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Arrearage**

Is the claim subject to offset?
☑ No
☐ Yes

| | | |
|---|---|---|
| **4.28** | | Unknown |

**Hudson Insurance Company**
Nonpriority Creditor's Name
**100 William St.**
Number      Street
**5th Floor**

**New York**

City                          State     ZIP Code

Last 4 digits of account number  __ __ __ __

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Who incurred the debt?  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Plaintiff**

Is the claim subject to offset?
☑ No
☐ Yes

| | | |
|---|---|---|
| **4.29** | | **$113,307.02** |

**I.R.S.**
Nonpriority Creditor's Name
**P.O. Box 7346**
Number      Street

**Philadelphia          PA    19101-7346**
City                          State     ZIP Code

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  **11/18/2013**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**1040 Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor 1 | Ismael Arturo Ramirez | Case number (if known) 18-52935 |
| --- | --- | --- |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

Total claim

**4.30**

$184.52

**I.R.S.**
Nonpriority Creditor's Name
**P.O. Box 7346**
Number          Street

_____

**Philadelphia          PA          19101-7346**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 0 0 9 3
**When was the debt incurred?** 5/18/2015

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Taxes**

**4.31**

$26,400.00

**Liftfund**
Nonpriority Creditor's Name
**2007 W Martin St**
Number          Street

_____

**San Antonio          TX          78207**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Deficiency Claim**

**Last 4 digits of account number** 5 5 3 2
**When was the debt incurred?** 12/12/2013

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Unknown Loan Type**

Debtor 1 __Ismael Arturo Ramirez__  Case number (if known) __18-52935__

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

Total claim

### 4.32

**Liftfund**
Nonpriority Creditor's Name
**2007 W Martin St**
Number        Street

_____

**San Antonio**        **TX**    **78207**
City        State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$20,485.00

**Last 4 digits of account number**  5  5  3  1
**When was the debt incurred?**  12/12/2013

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Unknown Loan Type**

### 4.33

**Northland Capital C**
Nonpriority Creditor's Name
**333 33rd Avenue South**
Number        Street

_____

**Saint Cloud**        **MN**    **56301**
City        State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$158,565.45

**Last 4 digits of account number**  ___  ___  ___  ___
**When was the debt incurred?**  5/21/2014

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Lease**

### 4.34

**Oag Child Su**
Nonpriority Creditor's Name
**Po Box 12017**
Number        Street

_____

**Austin**        **TX**    **78711**
City        State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$646.00

**Last 4 digits of account number**  9  4  0  2
**When was the debt incurred?**  11/20/2016

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Child Support**

Debtor 1 __Ismael Arturo Ramirez__    Case number (if known) __18-52935__

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

Total claim

### 4.35
$795.00

__Phoenix Financial Serv__
Nonpriority Creditor's Name
__8902 Otis Ave Ste 103a__
Number     Street

__Indianapolis         IN     46216__
City                State   ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  0  6  0  7
**When was the debt incurred?** __07/2018__

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collection Attorney**

### 4.36
$307.00

__Phoenix Financial Serv__
Nonpriority Creditor's Name
__8902 Otis Ave Ste 103a__
Number     Street

__Indianapolis         IN     46216__
City                State   ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  0  6  0  8
**When was the debt incurred?** __07/2018__

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collection Attorney**

### 4.37
$32.00

__Phoenix Financial Serv__
Nonpriority Creditor's Name
__8902 Otis Ave Ste 103a__
Number     Street

__Indianapolis         IN     46216__
City                State   ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  0  2  2  4
**When was the debt incurred?** __07/2018__

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collection Attorney**

Debtor 1    **Ismael Arturo Ramirez**                                          Case number (if known)  **18-52935**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
| --- | --- |

**4.38**

**$192.00**

**Receivables Performanc**
Nonpriority Creditor's Name
**20816 44th Ave West**
Number      Street

_____

**Lynnwood          WA    98036**
City                    State      ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **9  8  9  6**
**When was the debt incurred?**    **02/2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Collection Attorney**

---

**4.39**

**$13,000.00**

**Security Service F.C.U.**
Nonpriority Creditor's Name
**16211 La Cantera Parkway**
Number      Street

_____

**San Antonio        TX    78256**
City                    State      ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Money was embezzled by Alicia Henderson**

**Last 4 digits of account number**   **1  0  0  0**
**When was the debt incurred?**    **May, 2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Arrearage**

---

Debtor 1 __Ismael Arturo Ramirez_____  Case number (if known) __18-52935__

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

Total claim

| 4.40 | | $350,000.00 |
|---|---|---|

**Small Business Term Loans, Inc.**
Nonpriority Creditor's Name
**3301 N. University Drive**
Number        Street
**Suite 300**
_____

**Coral Springs        FL      33065**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    6  M  C  J

**When was the debt incurred?**    May 29, 2015

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Co-signed note**

| 4.41 | | $167,343.36 |
|---|---|---|

**Stearns Bank**
Nonpriority Creditor's Name
**4140 Thielman Lane**
Number        Street
_____

**St. Cloud        MN    56301**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Lease**

| 4.42 | | $96,000.00 |
|---|---|---|

**Still Doing Deals, LLC**
Nonpriority Creditor's Name
**P.O. Box 483**
Number        Street
_____

**Boerne        TX    78006**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Forclosure**

Debtor 1 __Ismael Arturo Ramirez__      Case number (if known) __18-52935__

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

### 4.43

| | |
|---|---|
| | $174,933.20 |

__TAB Bank__
Nonpriority Creditor's Name
__4185 Harrison Blvd__
Number    Street

__Ogden__    __UT__    __84403__
City      State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** __12/10/2012__

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Lease**

### 4.44

| | |
|---|---|
| | $0.00 |

__Team Funding__
Nonpriority Creditor's Name
__5351 Thunder Creek Rd__
Number    Street

__Austin__    __TX__    __78759__
City      State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

They wrote off balance; They're no longer pursuing.

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** __11/2/2011__

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Lease**

| Debtor 1 | Ismael Arturo Ramirez | | Case number (if known) | 18-52935 |
|---|---|---|---|---|

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.45**

| | $216,202.96 |
|---|---|

**Trans Lease**
Nonpriority Creditor's Name
**1400 West 62nd Ave.**
Number     Street

**Denver**     **CO**    **80221**
City     State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Judgment - see SOFA**

Last 4 digits of account number  __ __ __ __

When was the debt incurred?     **February 16, 2018**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Judgment**

**4.46**

| | $198,725.44 |
|---|---|

**Trans Lenders**
Nonpriority Creditor's Name
**3570 E 12th Ave Ste #100**
Number     Street

**Denver**     **CO**    **80206**
City     State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?     **3/18/2012**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Lease**

| Debtor 1 | **Ismael Arturo Ramirez** | Case number (if known) | **18-52935** |

---

**Part 2:**   **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

<table>
<tr><td></td><td>Total claim</td></tr>
</table>

---

| 4.47 | | **$34,855.00** |

**Trucklenders Usa**
Nonpriority Creditor's Name
**X 23 Berry Hill Rd**
Number        Street

_____

**Oyster Bay**        **NY**   **11771**
City                State      ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Deficiency**

**Last 4 digits of account number**   _1_  _4_  _3_  _1_
**When was the debt incurred?**    _09/2012_

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
     **Lease**

---

| 4.48 | | **$33,530.00** |

**Trucklenders Usa**
Nonpriority Creditor's Name
**X 23 Berry Hill Rd**
Number        Street

_____

**Oyster Bay**        **NY**   **11771**
City                State      ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Deficiency**

**Last 4 digits of account number**   _1_  _4_  _4_  _1_
**When was the debt incurred?**    _09/2012_

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
     **Lease**

---

Debtor 1   **Ismael Arturo Ramirez** _____   Case number (if known) **18-52935** _____

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>**Your NONPRIORITY Unsecured Claims -- Continuation Page**</td></tr>
</table>

After listing any entries on this page, number them sequentially from the previous page.

|  | **Total claim** |
|---|---|

| 4.49 | | **$8,746.00** |
|---|---|---|

**Trucklenders Usa**
Nonpriority Creditor's Name
**X 23 Berry Hill Rd**
Number      Street

_____

**Oyster Bay            NY      11771**
City                  State   ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Deficiency**

**Last 4 digits of account number**   1  4  2  1
**When was the debt incurred?**   07/2012

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Lease**

| 4.50 | | **$8,281.00** |
|---|---|---|

**Trucklenders Usa**
Nonpriority Creditor's Name
**X 23 Berry Hill Rd**
Number      Street

_____

**Oyster Bay            NY      11771**
City                  State   ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Deficiency**

**Last 4 digits of account number**   1  4  1  1
**When was the debt incurred?**   07/2012

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Lease**

Debtor 1    **Ismael Arturo Ramirez**                                      Case number (if known)    **18-52935**

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

| 4.51 | | | $8,156.00 |
|---|---|---|---|

**Trucklenders Usa**
Nonpriority Creditor's Name
**X 23 Berry Hill Rd**
Number        Street

_____

_____

**Oyster Bay**              **NY**    **11771**
City                              State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Deficiency**

**Last 4 digits of account number**    1   4   1   2

**When was the debt incurred?**    07/2012

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Lease**

---

| 4.52 | | | $27,391.95 |
|---|---|---|---|

**Wells Fargo**
Nonpriority Creditor's Name
**420 Montgomery St**
Number        Street

_____

_____

**San Francisco**           **CA**    **94104**
City                              State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    ___  ___  ___  ___

**When was the debt incurred?**    12/29/2014

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Lease**

---

| Debtor 1 | Ismael Arturo Ramirez | Case number (if known) | 18-52935 |

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.53

$229,547.90

**Wells Fargo**
Nonpriority Creditor's Name
**420 Montgomery St**
Number        Street

_____

**San Francisco          CA      94104**
City                            State      ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**      1/27/2012

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Lease**

### 4.54

$197,801.40

**Wells Fargo**
Nonpriority Creditor's Name
**420 Montgomery St**
Number        Street

_____

**San Francisco          CA      94104**
City                            State      ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**      11/20/2012

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Lease**

### 4.55

$328,226.40

**Wells Fargo**
Nonpriority Creditor's Name
**420 Montgomery St**
Number        Street

_____

**San Francisco          CA      94104**
City                            State      ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**      2/18/2013

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Lease**

Debtor 1    **Ismael Arturo Ramirez**                                    Case number (if known)  **18-52935**

| Part 2: | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---------|------------------------------------------------------------|

After listing any entries on this page, number them sequentially from the previous page.

| Total claim |
|-------------|

4.56

$5,000.00

**Wertz Welding**
Nonpriority Creditor's Name
**2650 FM 1516 N**
Number          Street

_____

_____

**Converse          TX     78109**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Arrearage**

Debtor 1   __Ismael Arturo Ramirez__                                   Case number (if known) __18-52935__

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

__Andrew B. Glaab__
Name
__Cohn & Dussi, LLC__
Number        Street
__500 West Cummings Park__

__Suite 2350__

__Woburn__                  __MA__     __01801__
City                        State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.16__ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __2__ __3__ __7__ __9__

__Art's Truck Sales__
Name
__8302, 3001 W Expy 83__
Number        Street


__McAllen__                 __TX__     __78503__
City                        State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.5__ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __ __ __ __ __

__Clayton Morgan Klutts__
Name
__P.O. Box 483__
Number        Street


__Boerne__                  __TX__     __78006__
City                        State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.42__ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __ __ __ __ __

__Dante' M. Doyle__
Name
__Padfield & Stout, LLP__
Number        Street
__421 W. Third Street__

__Suite 910__

__Fort Worth__              __TX__     __76102__
City                        State   ZIP Code

__Attorney for Continental Bank__

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.16__ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __ __ __ __ __

__J.K. Ivey__
Name
__15600 San Pedro Avenue__
Number        Street
__Suite 100__


__San Antonio__             __TX__     __78209__
City                        State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.26__ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __ __ __ __ __

Debtor 1  __Ismael Arturo Ramirez__                                      Case number (if known) __18-52935__

## Part 3:  List Others to Be Notified About a Debt That You Already Listed -- Continuation Page

__Ken E. Kendrick__
Name
__Attorney at Law__
Number     Street
__Kelly, Sutter & Kendrick, P.C.__

__3050 Post Oak Boulevard, Suite 200__

__Houston__            __TX__      __77056__
City                   State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.28__ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

__Matthew B. Fronda__
Name
__Padfield & Stout, LLP__
Number     Street
__421 W. 3rd Street__

__Suite 910__

__Fort Worth__          __TX__      __76102__
City                   State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.45__ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

__Matthew C. Jameson__
Name
__Jameson and Dunagan, PC__
Number     Street
__5429 LBJ Freeway__

__Suite 700__

__Dallas__             __TX__      __75240__
City                   State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.40__ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  _6_ _M_ _C_ _J_

---

__Northland Capital__
Name
__P.O. Box 7278__
Number     Street



__Saint Cloud__        __MN__      __56302__
City                   State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.33__ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

__Pedro V. Hernandez, Jr.__
Name
__Attorney at Law__
Number     Street
__5820 IH 10 West, Suite 100__



__San Antonio__        __TX__      __78201__
City                   State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

__Penny K. Habbeshaw__
Name
__Einstein & Habbeshaw, PC__
Number     Street
__9901 IH 10 West__

__Suite 800__

__San Antionio__       __TX__      __78230__
City                   State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.7__ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Debtor 1   **Ismael Arturo Ramirez**                                                    Case number (if known)   **18-52935**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---------|---------------------------------------------------------------------------------------|

**Steve E. Couch**
Name
**Attorney at Law**
Number       Street
**Kelly, Sutter & Kendrick, P.C.**

**3050 Post Oak Boulevard, Suite 200**

**Houston**            **TX**      **77056**
City                  State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.28**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                         ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      __ __   __ __   __ __   __ __

---

**Trans Lease, Inc.**
Name
**4475 East 74th Ave**
Number       Street
**Suite 103**

**Commerce City**      **CO**      **80022**
City                  State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.45**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                         ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      __ __   __ __   __ __   __ __

---

**Wells Fargo**
Name
**4101 Wiseman Blvd**
Number       Street

**San Antonio**         **TX**      **78251**
City                  State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.53**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                         ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      __ __   __ __   __ __   __ __

---

Debtor 1    Ismael Arturo Ramirez                                         Case number (if known)   18-52935

## Part 4:    Add the Amounts for Each Type of Unsecured Claim

6.   Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
     28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

|  |  |  | | Total claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $174,888.60 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. + | $0.00 |
| | 6e. | **Total.**   Add lines 6a through 6d. | 6d. | $174,888.60 |

|  |  |  | | Total claim |
|---|---|---|---|---|
| Total claims from Part 2 | 6f. | **Student loans** | 6f. | $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. + | $4,225,662.71 |
| | 6j. | **Total.**   Add lines 6f through 6i. | 6j. | $4,225,662.71 |

**Fill in this information to identify your case:**

| Debtor 1 | Ismael | Arturo | Ramirez |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

| Case number | __18-52935__ |
|---|---|
| (if known) | |

☑ Check if this is an amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:  Summarize Your Assets

**Your assets**
Value of what you own

1.  *Schedule A/B: Property* (Official Form 106A/B)

   1a.  Copy line 55, Total real estate, from Schedule A/B........................................................... **$309,000.00**

   1b.  Copy line 62, Total personal property, from Schedule A/B.................................................. **$377,600.00**

   1c.  Copy line 63, Total of all property on Schedule A/B........................................................... **$686,600.00**

### Part 2:  Summarize Your Liabilities

**Your liabilities**
Amount you owe

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a.  Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$838,808.30**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a.  Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................................... **$174,888.60**

   3b.  Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................. **+ $4,225,662.71**

   **Your total liabilities** **$5,239,359.61**

### Part 3:  Summarize Your Income and Expenses

4.  *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I............................................................... **$5,664.00**

5.  *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J........................................................................ **$5,664.00**

Debtor 1    **Ismael Arturo Ramirez**          Case number (if known)   **18-52935**

## Part 4:    Answer These Questions for Administrative and Statistical Records

**6.    Are you filing for bankruptcy under Chapters 7, 11, or 13?**

     ☐   No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

     ☑   Yes

**7.    What kind of debt do you have?**

     ☐   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

     ☑   **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

**8.    From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

                      _____

**9.    Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

                                                            **Total claim**

From Part 4 on *Schedule E/F,* copy the following:

9a.   Domestic support obligations.  (Copy line 6a.)                 _____

9b.   Taxes and certain other debts you owe the government.  (Copy line 6b.)       _____

9c.   Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)    _____

9d.   Student loans.  (Copy line 6f.)                                _____

9e.   Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)            _____

9f.   Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)    + _____

9g.   **Total.**    Add lines 9a through 9f.                           _____

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Ismael** First Name | **Arturo** Middle Name | **Ramirez** Last Name |

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **18-52935**
(if known)

☑ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  /s/ Ismael Arturo Ramirez
   Ismael Arturo Ramirez, Debtor 1

Date _____
     MM / DD / YYYY

X  _____
   Signature of Debtor 2

Date _____
     MM / DD / YYYY

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

IN RE:   Ismael Arturo Ramirez

CASE NO.   **18-52935**

CHAPTER   **7**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 28, 2019, a copy of the attached Amended Schedules E/F, Declaration and Certificate of Service were served on each party in interest listed below, in compliance with law.

Date:   **3/28/2019**

/s/ L. David Levinson
L. David Levinson
Attorney for the Debtor(s)

| | | |
|---|---|---|
| Accion/ Lift Fund<br>2007 W Martin St<br>San Antonio, TX 78207 | Art's Truck Sales<br>4121 Agnes St.<br>Corpus Christi, TX 78405 | Burkhart Peterson<br>17422 O'Connor Road<br>San Antonio, TX 78247 |
| Allegiant Partners<br>1550 Parkside Dr<br>Suite 240<br>Walnut Creek, CA 94596 | Art's Truck Sales<br>8302, 3001 W Expy 83<br>McAllen, TX 78503 | Burkhart, Peterson & Company, CPA<br>17422 O'Connor RD<br>San Antonio, TX 78247 |
| Ally Financial<br>xxxxxxxx2934<br>200 Renaissance Ctr<br>Detroit, MI 48243 | B of I Federal Bank<br>4350 Lahoya Village Dr<br>Ste #140<br>San Diego, CA 92122 | Caine Weiner<br>xxxx3861<br>Po Box 55848<br>Sherman Oaks, CA 91413 |
| Ally Financial<br>xxxxxxxx0602<br>200 Renaissance Ctr<br>Detroit, MI 48243 | Bear Oil Company<br>12015 North Loop Rd<br>San Antonio, TX 78216 | Cashmere Valley Bank<br>124 East Penny Rd<br>Ste #202<br>Wenatchee, WA 98801 |
| Andrew B. Glaab<br>Cohn & Dussi, LLC<br>500 West Cummings Park<br>Suite 2350<br>Woburn, MA 01801 | Bk Of Amer<br>xxxxxxxxxx1740<br>4909 Savarese Cir<br>Tampa, FL 33634 | Chesapeake Leasing<br>9512 Harford Road, No. 1<br>Parkville, MD 21234 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:  **Ismael Arturo Ramirez**                                CASE NO.  **18-52935**

                                                        CHAPTER  **7**

## CERTIFICATE OF SERVICE

(Continuation Sheet #1)

| | | |
|---|---|---|
| Chrysler Capital<br>P.O. Box 961272<br>Fort Worth, TX 76161 | Credit Coll<br>xxxx5695<br>Po Box 9134<br>Needham, MA 02494 | ENGS<br>333 33rd Ave Ste #100<br>St. Cloud, MN 56301 |
| Clayton Morgan Klutts<br>P.O. Box 483<br>Boerne, TX 78006 | Credit Coll<br>xxxx1922<br>Po Box 9134<br>Needham, MA 02494 | Gracida Trucking, LLC<br>1480 Las Quintas Blvd<br>Eagle Pass, TX 78852 |
| Commerce Fin<br>xxx9320<br>1411 Sw Military Dr.<br>San Antonio, TX 78221 | Credit Coll<br>xxxx5331<br>Po Box 9134<br>Needham, MA 02494 | Hays City Corp<br>xx-xxx0162<br>DBA Tex-Con Oil Co.<br>P.O. Box 18463<br>Austin, TX 78760 |
| Compass Bank<br>xxxxxx5180<br>15 20th St S Fl 9<br>Birmingham, AL 35233 | Credit Systems Intl In<br>xxxxx4597<br>1277 Country Club Ln<br>Fort Worth, TX 76112 | Hudson Insurance Company<br>100 William St.<br>5th Floor<br>New York<br>New York, 10038 |
| Continental Bank<br>xxxxxx3563<br>15 West South Temple<br>Suite 420<br>Salt Lake City, UT 84101 | Credit Systems Intl In<br>xxxxx9844<br>1277 Country Club Ln<br>Fort Worth, TX 76112 | I.R.S.<br>xxxxx0093<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Credit Coll<br>xxxx2688<br>Po Box 607<br>Norwood, MA 02062 | Dakota Financial<br>11755 Willshire Blvd<br>STE #1670<br>Los Angeles, CA 90025 | I.R.S.<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Credit Coll<br>xxxx7351<br>Po Box 9134<br>Needham, MA 02494 | Dante' M. Doyle<br>Padfield & Stout, LLP<br>421 W. Third Street<br>Suite 910<br>Fort Worth, TX 76102 | Ismael Arturo Ramirez<br>610 E. Market<br>Apt. 2513<br>San Antonio, TX 78205 |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:   **Ismael Arturo Ramirez**

CASE NO.   **18-52935**

CHAPTER   **7**

## CERTIFICATE OF SERVICE

(Continuation Sheet #2)

---

J.K. Ivey
15600 San Pedro Avenue
Suite 100
San Antonio, TX 78209

Northland Capital
P.O. Box 7278
Saint Cloud, MN 56302

Phoenix Financial Serv
xxxx0224
8902 Otis Ave Ste 103a
Indianapolis, IN 46216

Johnny W. Thomas

Northland Capital C
333 33rd Avenue South
Saint Cloud, MN 56301

Quality Leasing
9702 East 30th St
Indiannapolis, IN 46229

Ken E. Kendrick
Attorney at Law
Kelly, Sutter & Kendrick, P.C.
3050 Post Oak Boulevard, Suite 200
Houston, TX 77056

Oag Child Su
xxxx9402
Po Box 12017
Austin, TX 78711

Quality Leasing Company, Inc.
9830 Bauer Drive East
Indianapolis, IN 46280

Liftfund
x5532
2007 W Martin St
San Antonio, TX 78207

Pedro V. Hernandez, Jr.
Attorney at Law
5820 IH 10 West, Suite 100
San Antonio, TX 78201

Receivables Performanc
xxxx9896
20816 44th Ave West
Lynnwood, WA 98036

Liftfund
x5531
2007 W Martin St
San Antonio, TX 78207

Penny K. Habbeshaw
Einstein & Habbeshaw, PC
9901 IH 10 West
Suite 800
San Antionio, TX 78230

Security Service F.C.U.
xxxxxx1000
16211 La Cantera Parkway
San Antonio, TX 78256

Matthew B. Fronda
Padfield & Stout, LLP
421 W. 3rd Street
Suite 910
Fort Worth, TX 76102

Phoenix Financial Serv
xxxx0607
8902 Otis Ave Ste 103a
Indianapolis, IN 46216

Small Business Term Loans, Inc.
xxxx-xx6 MCJ
3301 N. University Drive
Suite 300
Coral Springs, FL 33065

Matthew C. Jameson
Jameson and Dunagan, PC
5429 LBJ Freeway
Suite 700
Dallas, Texas 75240

Phoenix Financial Serv
xxxx0608
8902 Otis Ave Ste 103a
Indianapolis, IN 46216

State of Texas
Comptroller of Public Accounts
111 E. 17th St
Austin, TX 78774-0100

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   Ismael Arturo Ramirez

CASE NO.   **18-52935**

CHAPTER   **7**

## CERTIFICATE OF SERVICE

(Continuation Sheet #3)

---

Stearns Bank
4140 Thielman Lane
St. Cloud, MN 56301

Trans Lenders
3570 E 12th Ave Ste #100
Denver, CO 80206

United States Trustee
P.O. Box 1539
San Antonio, TX 78295-1539

Steve E. Couch
Attorney at Law
Kelly, Sutter & Kendrick, P.C.
3050 Post Oak Boulevard, Suite 200
Houston, TX 77056

Trucklenders Usa
xxxxx1431
X 23 Berry Hill Rd
Oyster Bay, NY 11771

Wells Fargo
420 Montgomery St
San Francisco, CA 94104

Still Doing Deals, LLC
P.O. Box 483
Boerne, TX 78006

Trucklenders Usa
xxxxx1441
X 23 Berry Hill Rd
Oyster Bay, NY 11771

Wells Fargo
4101 Wiseman Blvd
San Antonio, TX 78251

TAB Bank
4185 Harrison Blvd
Ogden, UT 84403

Trucklenders Usa
xxxxx1421
X 23 Berry Hill Rd
Oyster Bay, NY 11771

Wertz Welding
2650 FM 1516 N
Converse, TX 78109

Team Funding
5351 Thunder Creek Rd
Austin, TX 78759

Trucklenders Usa
xxxxx1411
X 23 Berry Hill Rd
Oyster Bay, NY 11771

Trans Lease
1400 West 62nd Ave.
Denver, CO 80221

Trucklenders Usa
xxxxx1412
X 23 Berry Hill Rd
Oyster Bay, NY 11771

Trans Lease, Inc.
4475 East 74th Ave
Suite 103
Commerce City, CO 80022

U.S. Trustee
615 E. Houston, #533
P.O. Box 1539
San Antonio, TX  78295-1539